UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 11-3062 MB |
| v. ) | |
| ) | USMJ BROWN |
| TRAVIS GENTRY et al. ) | |

## UNITED STATES' MOTION TO SEAL
## COMPLAINT/AFFIDAVIT/ARREST WARRANTS

The United States requests the complaint, affidavit, and arrest warrants all be sealed until further order of the Court to safeguard the officers responsible for executing these arrest warrants as well as the associated search warrants in case 11-3061 MB. As noted in the affidavits filed with the Court, the defendants are charged with engaging in on ongoing drug trafficking conspiracy, and some of the defendants are believed to be armed, and some have a history of arrests and/or convictions for violent offenses. Therefore, these documents should be sealed until further order of the Court.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: *s/ Sunny A.M. Koshy* 3/16/11
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
JOE B. BROWN
U.S. Magistrate Judge