UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 11-3062 MB |
| v. | ) | |
| | ) | USMJ BROWN |
| TRAVIS GENTRY et al. | ) | |

## UNITED STATES' MOTION TO UNSEAL COMPLAINT/AFFIDAVIT/ARREST WARRANTS

The United States requests the complaint, affidavit, and arrest warrants in this case be unsealed since most of those warrants have been executed and it is believed that the outstanding defendants are likely aware of the existence of the warrants. Therefore, unsealing these materials likely will not harm law enforcement interests.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: *s/ Sunny A.M. Koshy 3/17/11*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
JOE B. BROWN
U.S. Magistrate Judge