# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cr-00082 |
| | ) | Judge Trauger |
| [1] TRAVIS GENTRY | ) | |
| [2] BETTY GENTRY | ) | |
| [7] PATRICK DEWAYNE SMITH | ) | |
| | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Betty Gentry's Motion to Suppress Title III Wiretap Search Warrants (Docket Nos. 846, 862), in which co-defendants Travis Gentry and Patrick Dewayne Smith joined (Docket Nos.848, 854-56), is hereby **DENIED.**

It is so **ORDERED**.

Enter this 19th day of July 2012.

 ALETA A. TRAUGER
 United States District Judge

1