# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| [1] TRAVIS LYNN GENTRY | ) | |

## O R D E R

It is hereby **ORDERED** that, pursuant to the request of defendant Gentry's counsel, Barry Tidwell, the Clerk shall file **under seal** Mr. Tidwell's notes from the jury selection process conducted on October 23, 2012.

It is so **ORDERED**.

ENTER this 25th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge