IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [1] TRAVIS LYNN GENTRY | ) | |
| [3] FRANK DWAYNE RANDOLPH | ) | |
| [7] PATRICK DEWAYNE SMITH | ) | |

**O R D E R**

It is hereby **ORDERED** that the Clerk shall file **under seal** a note from a juror selected for the trial of this case on October 23, 2012, which was presented to Judge Trauger on the evening of October 23, 2012.

It is so **ORDERED**.

ENTER this 25th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge