IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| TRAVIS LYNN GENTRY, *et al*. | ) | |

### O R D E R

It is hereby **ORDERED** that the government shall work with defense counsel to adapt the pattern criminal forfeiture instructions of the Eighth Circuit Court of Appeals for use in this trial.

It is so **ORDERED**.

ENTER this 16th day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge