UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAVIS LYNN GENTRY | Case No. 3:11-cr-00082<br><br>The Honorable Aleta A. Trauger<br>U.S. District Court Judge |

### VERDICT FORM

We, the Jury, unanimously find the following:

### COUNT ONE

1. With respect to the charge in Count One of the Indictment of conspiracy to distribute or conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, we find the Defendant, TRAVIS GENTRY:

Guilty: __X__   Not Guilty: _____

INSTRUCTION: If you answered "Guilty" in response to Question No. 1, proceed to Question Nos. 1(a), 1(b), and 1(c). If you answered "Not Guilty" in response to Question No. 1, skip Question Nos. 1(a), 1(b), and 1(c), and proceed to Question No. 2.

1(a). With respect to Count One of the Indictment, the amount of cocaine involved in the conspiracy was:

__X__ 5 kilograms or more

_____ At least 500 grams but less than 5 kilograms

_____ Less than 500 grams

_____ None

1

1(b). With respect to Count One of the Indictment, the amount of crack cocaine involved in the conspiracy was:

     __X__  280 grams or more

     _____  At least 28 grams but less than 280 grams

     _____  Less than 28 grams

     _____  None

1(c). With respect to Count One of the Indictment, the amount of marijuana involved in the conspiracy was:

     __X__  100 kilograms or more

     _____  At least 50 kilograms but less than 100 kilograms

     _____  Less than 50 kilograms

     _____  None

## COUNT TWO

2. With respect to the charge in Count Two of the Indictment of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), we find the Defendant, TRAVIS GENTRY:

Guilty: __X__          Not Guilty: _____

2

## COUNT THREE

3. With respect to the charge in Count Three of the Indictment of possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c), we find the Defendant, TRAVIS GENTRY:

Guilty: __X__    Not Guilty: _____

## COUNT SIX

6. With respect to the charge in Count Six of the Indictment of distributing cocaine on December 2, 2009, in violation of 21 U.S.C. § 841(a)(1), we find the Defendant, TRAVIS GENTRY:

Guilty: __X__    Not Guilty: _____

## COUNT SEVEN

7. With respect to the charge in Count Seven of the Indictment of distributing cocaine on December 8, 2009, in violation of 21 U.S.C. § 841(a)(1), we find the Defendant, TRAVIS GENTRY:

Guilty: __X__    Not Guilty: _____

## COUNT EIGHT

8. With respect to the charge in Count Eight of the Indictment of distributing cocaine on December 18, 2009, in violation of 21 U.S.C. § 841(a)(1), we find the Defendant, TRAVIS GENTRY:

Guilty: __X__      Not Guilty: _____

## COUNT NINE

9. With respect to the charge in Count Nine of the Indictment of possession with the intent to distribute cocaine on January 30, 2011, in violation of 21 U.S.C. § 841(a)(1), we find the Defendant, TRAVIS GENTRY:

Guilty: __X__      Not Guilty: _____

## COUNT ELEVEN

11. With respect to the charge in Count Eleven of the Indictment of unlawful possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1), we find the Defendant, TRAVIS GENTRY:

Guilty: __X__      Not Guilty: _____

███████████████
FOREPERSON

11-15-12
DATE