Motion GRANTED.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:11CR00082 |
| ) | Judge Trauger |
| [1] TRAVIS LYNN GENTRY, ) | |
| [3] FRANK DWAYNE RANDOLPH ) | |
| a/k/a TUBBS, ) | |
| [7] PATRICK DEWAYNE SMITH, ) | |

## MOTION FOR AN ORDER OF FORFEITURE CONSISTING OF A $750,000 UNITED STATES CURRENCY MONEY JUDGMENT

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves upon conviction of the jury to Count One of the Second Superseding Indictment in the above-styled case, for an Order of Forfeiture consisting of $750,000.00 United States currency Money Judgment against Defendants Travis Lynn Gentry, Frank Dewayne Randolph a/k/a Tubbs and Patrick Dewayne Smith on Count One of the Second Superseding Indictment.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney

By:   /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151
Facsimile:   615 736-5323

1